UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES FERRARE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>v.<br><br>VODAFONE GROUP PUBLIC LIMITED COMPANY, VITTORIO COLAO and NICK READ.<br><br>     Defendants. | No.: 1:18-cv-00466 |

NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, Ferrare v. Vodafone Group Public Limited Company et al, 1:18cv00466, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Charles Ferrare hereby voluntarily dismisses the above-captioned action.

Dated: March 22, 2018

                Respectfully submitted,

                /s/ Eduard Korsinsky
                **LEVI & KORSINSKY, LLP**
                Eduard Korsinsky
                30 Broad Street, 24th Floor
                New York, NY 10004
                Tel: (212) 363-7500
                Fax: (212) 363-7171
                Email:ek@zlk.com

                ***Attorneys for Plaintiff***